# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

MARJORIE O. RENDELL
CIRCUIT JUDGE

(215) 597-3015
FAX (215) 580-2393

21613 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1598

May 10, 2006

**VIA FEDEX**
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

RE:     Financial Disclosure Report
         Calendar Year 2005

Gentlemen:

Enclosed are the signed original and three copies of my Financial Disclosure Report covering calendar year 2005.

As explained below, four items from my CY 2004 report were <u>not</u> completely disposed of and therefore <u>do</u> appear on my CY 2005 report. Therefore, I am also enclosing a signed original and three copies of my Addendum to Financial Disclosure Report for Fiscal Year 2004.

| | | **2004 Report** | **2005 Report** |
|---|---|---|---|
| Line 28 | First Eagle | ~~Sell~~ *(data entry error - <u>not</u> sold)* | Line 28 |
| Line 39 | Royce | **Part**-Sell | Line 38 |
| Line 52 | Allergan | **Part**-Gift | Line 52 |
| Line 53 | Beckman | **Part**-Gift | Line 53 |



MOR:bc

Enclosures

# HON. MARJORIE O. RENDELL
## Addendum to Financial Disclosure Report
## for Fiscal Year 2004

## SECTION VII.  INVESTMENTS AND TRUSTS

| Line | Asset | B(1) Amt. Code | B(2) Amt. Type | C(1) Value Code | (C(2) Value Meth. | D(1) Trans Type | D(2) Trans Date | D(3) Val. Code | D(4) Gain Code | D(5) Buy. Ident |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | FirstEagle SoGen Global Class I (form. SoGen Int'l) | A | Div | N | T | ~~Sell~~ | ~~11/05~~ | ~~J~~ | ~~B~~ | |
| 39 | Royce Opportunity Fund | A | Div | J | T | ~~Sell~~ **Part Sell** | 02/18 | J | A | |
| 52 | Allergan | A | Div | L | T | ~~Gift~~ **Part Gift** | 02/18 | K | | See VIII |
| 53 | Beckman Coulter | A | Div | K | T | ~~Gift~~ **Part Gift** | 12/09 | J | | See VIII |

Dated: _5/10/06_

FINANCIAL DISCLOSURE OFFICE

2006 MAY 11 P 12: 16

RECEIVED

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Rendell, Marjorie O | 2. Court or Organization<br><br>USCA - 3CA - Philadelphia | 3. Date of Report<br><br>05/10/06 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>601 Market Street, Room 21613<br>Philadelphia, PA 19106-1598 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair | Avenue of the Arts, Inc. |
| 2. Director | Regional Performing Arts Center |
| 3. Chair, Board of Overseers | School of Nursing, University of Pennsylvania |
| 4. Board member | Penn Medicine |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 11 P 12: 17 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Philadelphia Sports Media L.P. - TV Sports Commentator |
| 2. 2005 | Commonwealth of Pennsylvania - earnings for services as Governor |
| 3. 2005 | City of Philadelphia - pension |
| 4. 2005 | University of Pennsylvania - Adjunct (9/05-12/05) |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. National Conference of Bankruptcy Judges | Speaker at NCBJ Conference 11/01-11/05/05 in San Antonio, TX - registration, transportation, food and lodging |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. honorary golf membership - See VIII | Torresdale-Frankford Country Club | $ 0.0 |
| 2. honorary golf membership - See VIII | West Shore Country Club | $ 0.0 |
| 3. honorary golf membership - See VIII | Blue Ridge Country Club | $ 0.0 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cape Savings Bank, Cape May, NJ | Construction/permanent loan on rental property | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/10/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1. Schwab Adv Cash Reserv Prem & Cash | A | Dividend | J | T | | | | | |
| 2. 2. Federated 1-3 year US Gov't Sec. | B | Dividend | M | T | | | | | |
| 3. 3. Brandywine | A | Dividend | K | T | | | | | |
| 4. 4. Columbia Growth | A | | | | Sell | 08/31 | J | C | |
| 5. 5. DFA one year fixed | D | Dividend | M | T | | | | | |
| 6. 6. DFA U.S. Micro Cap 9-10 Small (form. 9-10 Small) | B | Dividend | K | T | | | | | |
| 7. 7. DFA US Large Cap Value | A | Dividend | L | T | PartSell | 08/05 | J | C | |
| 8. 8. DFA Emerging Mkts Core Equity | A | Dividend | K | T | Buy | 11/04 | K | | |
| 9. 9. DFA Intl Value | A | Dividend | K | T | Buy | 11/04 | K | | |
| 10. 10. Dodge & Cox stock | B | Dividend | K | T | PartSell | 11/04 | J | D | |
| 11. 11. FAM Value | A | Dividend | K | T | | | | | |
| 12. 12. Fasciano | B | Dividend | K | T | | | | | |
| 13. 13. Hotchkis & Wiley Large Cap Value | B | Dividend | L | T | | | | | |
| 14. 14. Janus Fund | A | Dividend | L | T | | | | | |
| 15. 15. Janus Overseas Fund | A | Dividend | K | T | PartSell | 11/04 | K | C | |
| 16. 16. Royce Opportunity | D | Dividend | L | T | | | | | |
| 17. 17. Morgan Stanley Emerging Mkts. | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    P2 =$5,000,001 - $25,000,000
(See Column C2) Q =Appraisal    V =Other    S =Assessment    T =Cash Market
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/10/06 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 18. Morgan Stanley Int's Equity | D | Dividend | L | T | | | | | |
| 19. 19. William Blair Lg Cap Growth | A | Dividend | L | T | Buy | 08/31 | L | | |
| 20. 20. Hotchkis & Wiley Mid-Cap Value | C | Dividend | L | T | | | | | |
| 21. 21. Stoneridge Small Cap | A | Dividend | K | T | | | | | |
| 22. 22. Third Avenue Intl Value | A | Dividend | K | T | Buy | 08/05 | J | | |
| 23. 23. Westcore Intl Frontier | A | Dividend | K | T | Buy | 08/05 | J | | |
| 24. 24. Julius Baer Int'l Equity | B | Dividend | K | T | PartSell | 11/04 | J | C | |
| 25. 25. Westcore Mid-Cap Oppty Fd | C | Dividend | L | T | PartSell | 08/05 | J | C | |
| 26. 26. Westcore MIDCO Growth | A | Dividend | K | T | | | | | |
| 27. 27. Schwab Adv Cash Reserv Prem & Cash (form MM &cash) | A | Dividend | J | T | | | | | |
| 28. 28. FirstEagle SoGen Global Class I (form. SoGen Int'l) | B | Dividend | K | T | | | | | |
| 29. 29. William Blair Growth | A | Dividend | J | T | | | | | |
| 30. 30. Thornberg Value Fund | A | Dividend | J | T | | | | | |
| 31. 31. Schwab Adv Cash Reserv Prem & Cash | A | Dividend | J | T | | | | | |
| 32. 32. DFA Emerging Markets Core Equity | A | Dividend | J | T | Buy | 08/05 | J | | |
| 33. 33. Hotchkis & Wiley Large Cap Value | A | Dividend | J | T | PartSell | 08/05 | J | A | |
| 34. 34. Federated 1-3 Yr. U.S. Gov't Sec. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/10/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 35. Julius Baer Int'l Equity Fund | A | Dividend | J | T | | | | | |
| 36. 36. Morgan Stanley Int'l Equity | A | Dividend | J | T | | | | | |
| 37. 37. Neuberger Berman Fasciano Fund | A | Dividend | J | T | | | | | |
| 38. 38. Royce Opportunity Fund | B | Dividend | J | T | | | | | |
| 39. 39. Third Ave Intl Value | A | Dividend | J | T | | | | | |
| 40. 40. Westcore Mid Cap Opportunity | A | Dividend | J | T | | | | | |
| 41. 41. Westcore Growth | A | Dividend | J | T | | | | | |
| 42. 42. Westcore Midco Growth | A | Dividend | J | T | | | | | |
| 43. 43. Schwab Adv Cash Reserv Prem & Cash (form MM &Cash) | A | Dividend | J | T | | | | | |
| 44. 44. Brandywine Fund | A | Dividend | J | T | | | | | |
| 45. 45. Stoneridge Small Cap | A | Dividend | J | T | | | | | |
| 46. 46. Dodge & Cox stock | A | Dividend | K | T | | | | | |
| 47. 47. Morgan Stanley Int'l Equity | A | Dividend | J | T | | | | | |
| 48. 48. Abbott Labs - common stock | A | None | | | Gift | 05/13 | J | | Gift |
| 49. 49. Allergan | A | | | | Sell | 07/28 | K | E | |
| 50. 50. Beckman Coulter | A | Dividend | K | T | Part-Gift | 05/13 | J | | Gift |
| 51. 51. Coca Cola | A | Dividend | K | T | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | | | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | | |
| | Q =Appraisal | V =Other | S =Assessment | | | | |
| | U =Book Value | | W =Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/10/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 52. Federal Nat'l Mortgage Assoc. | B | Dividend | K | T | | | | | |
| 53. 53. General Electric - common stock | B | Dividend | L | T | | | | | |
| 54. 54. Loews Int'l | | None | | | Sell | 07/28 | L | E | |
| 55. 55. McDonalds Corp. | A | Dividend | K | T | | | | | |
| 56. 56. GlaxoSmithKline (form. SmithKlineBeecham) | C | Dividend | L | T | PartSell | 02/15 | L | F | |
| 57. 57. GlaxoSmithKline (form. SmithKlineBeecham) | | | | | Part-Gift | 12/01 | K | | Gift |
| 58. 58. . Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 59. 59. Wells Fargo & Co. | | None | | | Sell | 07/29 | K | E | |
| 60. 60. Baron Growth | B | Dividend | L | T | PartSell | 07/28 | J | C | |
| 61. 61. Brandywine | A | Dividend | K | T | Buy | 07/29 | K | | |
| 62. 62. DFA Emerging Markets Core Equity | A | Dividend | K | T | Buy | 07/28 | K | | |
| 63. 63. DFA Tax Mgd US Small Cap Value (form. 5-10 Value) | C | Dividend | K | T | | | | | |
| 64. 64. DFA Tax Mgd US Mktwide Value | A | Dividend | K | T | | | | | |
| 65. 65. DFA US Micro Cap (form. 9-10 Micro | B | Dividend | K | T | | | | | |
| 66. 66. Dodge & Cox Stock | B | Dividend | L | T | | | | | |
| 67. 67. First Eagle Overseas CL1 | A | Dividend | J | T | | | | | |
| 68. 68. Hitchkis & Wiley Large Cap Value | A | Dividend | K | T | Buy | 06/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/10/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 69. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | Buy | 07/28 | K | | |
| 70. 70. Janus Fund | A | Dividend | K | T | Buy | 07/28 | J | | |
| 71. 71. Janus Mid Cap Value | B | None | K | T | Buy | 07/28 | K | | |
| 72. 72. Janus Overseas Fund | A | Dividend | K | T | | | | | |
| 73. 73. Julius Baer Intl Equity | B | Dividend | K | T | | | | | |
| 74. 74. Morgan Stanley Int'l Equity | C | Dividend | K | T | | | | | |
| 75. 75. NB Fasciano Fund | A | Dividend | J | T | | | | | |
| 76. 76. Royce Opportunity Fund | C | Dividend | K | T | | | | | |
| 77. 77. Schwab Money Market & Cash | A | Dividend | K | T | | | | | |
| 78. 78. Sound Shore | C | Dividend | L | T | | | | | |
| 79. 79. Third Avenue Intl Value | A | Dividend | K | T | Buy | 06/23 | J | | |
| 80. 80. Third Avenue Int'l Value | | | | | Buy | 07/28 | K | | |
| 81. 81. Westcore Midco Growth | A | Dividend | K | T | | | | | |
| 82. 82. Westcore Growth Fund | A | Dividend | K | T | | | | | |
| 83. 83. Westcore Intl Frontier Fund | A | Dividend | J | T | | | | | |
| 84. 84. William Blair Large Cap Growth | A | Dividend | K | T | Buy | 04/07 | J | | |
| 85. 85. William Blair Large Cap Growth | | | | | Buy | 07/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/10/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 86. Federated Short Term Muni Bond Fund | C | Dividend | M | T | | | | | |
| 87. 87. Shroder ST Muni Bond Fund | E | Dividend | M | T | Buy | 03/01 | K | | |
| 88. 88. DuPont - common stock | A | Dividend | J | T | | | | | |
| 89. 89. DFA Tax Mgd U.S. 5-10 Value | A | Dividend | J | T | PartSell | 06/30 | J | B | |
| 90. 90. Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 91. 91. Janus Overseas Fund | A | Dividend | J | T | | | | | |
| 92. 92. Fasciano | A | Dividend | J | T | | | | | |
| 93. 93. First Eagle SoGen Global Class I (form SoGen Int'l) | A | Dividend | J | T | PartSell | 06/30 | J | B | |
| 94. 94. Sound Shore | A | Dividend | J | T | | | | | |
| 95. 95. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 96. 96. Westcore Growth Fund | A | Dividend | J | T | | | | | |
| 97. 97. Rental property in Ocean City, NJ (2000 - $645,000) | E | Rent | O | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/10/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V. GIFTS

    Honorary golf memberships with Torresdale-Frankford Country Club, West Shore Country Club, and Blue Ridge Country Club: If I were to become a member of these clubs, I am certain that initial fees and ongoing fees would be several thousands of dollars; however, I use these memberships infrequently, and estimate the value to me, based on use, to be less than a thousand dollars.

Part VII. INVESTMENTS and TRUSTS

    GIFTS - Items at lines 48, 50, and 57 were contributions to the ▮▮▮▮ Charitable Gift Fund (managed by the Schwab Fund for Charitable Giving).

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date___ 5/10/06 ___

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544